RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
JAMES E. HARPER
Nevada Bar No. 009822
jharper@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant, State Farm
Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY PARASCANDOLO,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>       Defendants. | CASE NO.: 2:13-cv-01549-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between the Plaintiff, TRACY PARASCANDOLO, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective counsel of record, David D. Boehrer, Esq., of David Boehrer Law Firm, for Plaintiff, and

//

James E. Harper, Esq., of Hall Jaffe & Clayton, LLP, for Defendant, State Farm Mutual Automobile Insurance Company, that this matter be dismissed with prejudice.

Dated this 22nd day of August 2014.

HALL JAFFE & CLAYTON, LLP

By: /s/ James E. Harper
James E. Harper, Esq.
Nevada Bar No. 009822
7425 Peak Drive
Las Vegas NV 89128
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

Dated this 21 day of August 2014.

DAVID BOEHRER LAW FIRM

By: /s/ David D. Boehrer
David D. Boehrer, Esq.
Nevada Bar No. 009517
1481 W. Warm Springs Road, Suite 139
Henderson NV 89014
*Attorney for Plaintiff*

## ORDER

**DATED** this 3rd day of September, 2014.

_____
RICHARD F. BOULWARE, II
United States District JUDGE